**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JAMES BOYD,** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | |
| ) | **No. 3:11-CV-0747-D** |
| **ALBERT SWEENEY,** ) | |
|     **Defendant.** ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, no later than June 27, 2011 plaintiff must pay the $350.00 filing fee by tendering that sum to the clerk of court. If he fails to do so, this civil action will be dismissed.

**SIGNED** May 26, 2011.

                                                        SIDNEY A. FITZWATER
                                                      CHIEF JUDGE